ANNA BAUMGARTNER, Respondent, v. JOSEPH BAUMGARTNER, Appellant.— Appeal from order adjudging defendant in contempt for failure to pay a counsel fee. Order reversed, without costs, upon the ground that the moving papers were insufficient to sustain an order for contempt. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.

### (November 28, 1939.)

EDGAR S. KNOX, Appellant, v. ELIZABETH F. BECKFORD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 823.] The court certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

NELLIE V. V. BISSELL, Respondent, v. THE COUNTY OF SCHENECTADY, NEW YORK, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay vacated. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

LOUISA F. SULLIVAN, Respondent, v. JOHN A. MANNING PAPER Co., INC., and JOSEPH P. BOYLE, Defendants. JOSEPH P. BOYLE, Appellant.— Appeal from an order denying a motion to vacate but modifying a notice of examination before trial of the defendant appellant Joseph P. Boyle. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

EDITH NEAL, Appellant, v. CLAUDE NEAL, Respondent.— Appeal from an order changing the place of trial from Tompkins county to Seneca county, the place of residence of all parties. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

LEWIS J. BENNETT, Respondent, v. LEONORA B. VOGEL and JOSEPH MINCH, Appellants.— Appeal from a judgment setting aside a deed of a farm on the ground of fraud. Such deed was executed upon appellant Vogel's agreement to maintain a proper and suitable home for respondent. The latter was her brother. The official referee held that the appellant procured the deed through false representations, and that she had no intention of performing the covenant to provide a home for respondent. The evidence sustains the learned referee's conclusions. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss. Schenck and Foster, JJ.

### (November 28, 1939.)

ANNIE LIPSCHITZ, as Administratrix, etc., of MAX LIPSCHITZ, Deceased, Respondent. v. MICHAEL SCHER, Appellant.— Motion by appellant to reopen default and to place case on calendar, to file briefs and argue at next term of court, and staying all proceedings. Motion granted, with ten dollars costs against moving party. Stay granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ. [See ante, p. 841.]